UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

USA,

    Plaintiff,

v.                                                            Case No. 8:08-cv-2162-T-30TGW

GOODSON FARMS, INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal (Dkt. #18). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each side to bear its own fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 4, 2009.

                                                                JAMES S. MOODY, JR.
                                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-2162.dismissal 18.wpd